```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION


CENTENNIAL BANK,

        Plaintiff,

v.                              Case No. 8:13-cv-2091-T-33EAJ

RICHARD E. ADAMS and NANCY H.
ADAMS,

        Defendants.
_____/
```

**ORDER**

This cause is before the Court pursuant to Garnishee Suncoast Schools Federal Credit Union's Answer of Garnishee and Demand for Garnishment Deposit. (Doc. # 21). In the Motion, Suncoast Schools Federal Credit Union requests an award of $100.00 in statutory attorney fees pursuant to section 77.28, Florida Statutes, as it employed the services of counsel to represent its interest in the garnishment proceedings against Defendants Richard and Nancy Adams.

Suncoast Schools Federal Credit Union filed the present Motion on January 22, 2014. Pursuant to Local Rule 3.01(b) and Rule 6(d), Fed. R. Civ. P., the deadline for any response in opposition to the Motion was, at the latest, February 10, 2014.

A review of the file reveals that no party filed a response to Suncoast Schools Federal Credit Union's Motion in the time provided by the Rules or at any point since. Accordingly, the Court considers the Motion as unopposed.

This Court has reviewed the Motion and is otherwise fully advised in the premises. Upon careful consideration, the Court finds it appropriate to grant Suncoast Schools Federal Credit Union's Motion at this time.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Garnishee Suncoast Schools Federal Credit Union's Demand for Garnishment Deposit (Doc. # 21) is **GRANTED.**

(2) Garnishee Suncoast Schools Federal Credit Union is entitled to an award of $100.00 in statutory attorney's fees pursuant to section 77.28, Florida Statutes.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of February, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record